UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CRIM. NO.: 4:19-CR-00082-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARYL LEE GODETTE | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the United States' proposed sealed Motion, filed at Docket Entry 121, be sealed, except filed, date stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this **22** day of June 2021.

_J. Dever_
JAMES C. DEVER, III
United States District Judge