UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 4:19-CR-82-1D

**UNITED STATES OF AMERICA**

vs.                                                         ORDER

**DARYL LEE GODETTE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on June 28, 2021 be turned over to Detective Phillip Kilgore to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 5 | 7/17/19 Heroin |
| 6 | 7/22/19 Heroin |
| 7 | 7/25/19 Heroin |
| 8 | 7/31/19 Heroin |
| 25 | Foxhall Documents from Car |
| 26 | August 15, 2018 Water Bill |
| 16 | Godette Wallet and Contents |
| 17 | Recovered Money Not from Buys |
| 18 | Recovered Money from Buys |

This 28th day of June, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: *[signature: Phillip Kilgore]*