# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## Case No: 4:19-CR-82-1D

**UNITED STATES OF AMERICA**

vs.                                                                                         **ORDER**

**DARYL LEE GODETTE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on June 29, 2021 be turned over to _Detective Phillip Kilgore_ to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 19 | Quaker Oats Container |
| 20 | Scale from Upper Cabinet |
| 21 | Sweetener Box |
| 22 | Orange and Black Scale |
| 23 | Small Scale from Kitchen |
| 24 | Blender with Residue |
| 29 | Box of small red envelopes |
| 63 | Heroin from Quaker Oats Container |
| 27 | Large Stuffed Animal |
| 64 | Heroin from Stuffed Animal |
| 28 | Scale from Bedroom |
| 65 | Heroin from Trunk |
| 55 | Hoover Drugs |

This 29th day of June, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____