IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:19-CR-00082-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARYL LEE GODETTE, JR. | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and for good cause shown, it is hereby ORDERED that Exhibit A to the United States' Response in Opposition to Defendant's Motion for Acquittal, filed at Docket Entry 154, be sealed, except filed, date stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina.

SO ORDERED, this the **14** day of July 2021.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE